**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

| Case No. | LA CV12-05540 JAK (SPx) | Date | August 6, 2012 |
|---|---|---|---|
| Title | Edwin Figueroa v. Burlington Coat Factory of California, LLC, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER SETTING ORDER TO SHOW CAUSE RE DISMISSAL**

On August 3, 2012, Plaintiff filed "Notice of Settlement" (Dkt. 23). The Court sets an Order to Show Cause re Dismissal for September 24, 2012 at 1:30 p.m. If the parties file a dismissal by September 20, 2012, the matter will be taken off calendar and no appearance by counsel will be required.

The October 22, 2012 Scheduling Conference is vacated.

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| | Initials of Preparer | ak |